## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Roman N., | Civ. No. 26-325 (PAM/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, in their official capacity as Attorney General of the United States; Kristi Noem, in her capacity as Secretary of the United States Department of Homeland Security; Todd M. Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; and David Easterwood, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

Based on the representation of Petitioner Roman N. that this action is duplicative of a habeas proceeding that he previously filed in this District (see Docket No. 9), and because "Petitioner agrees that this petition can be dismissed," id., this matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: January 15, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge