# UNITED STATES DISTRICT COURT

## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Roman Nazarov,

Petitioner(s),

v.

Case Number: 26-cv-325 PAM/DLM

Pamela Bondi, Todd M. Lyons, Kristi Noem and David Easterwood,

Respondent(s).

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based on the representation of Petitioner Roman N. that this action is duplicative of a habeas proceeding that he previously filed in this District (see Docket No. 9), and because "Petitioner agrees that this petition can be dismissed," id., this matter is **DISMISSED without prejudice**.

Date: 1/16/2026

KATE M. FOGARTY, CLERK